**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHNATHAN VAUGHAN,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:09-cv-1613-Orl-28DAB**

**TROON GOLF, LLC, ,**

        **Defendant.**
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 30) filed November 30, 2010.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection (Doc. No. 32), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 2, 2010 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 30) is **GRANTED**.

    3.    The Court approves the settlement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

    4.    The case is dismissed with prejudice.

     5.     The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___17th___ day of December, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge